UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**SUPPRESSED**

**FILED**

MAY -2 2019

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA, )
)
Plaintiff, )
) No.
v. )
)
ANTWONE STALLWORTH, )
) **4:19CR352 HEA/NAB**
Defendant. )

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about November 17, 2018, in the City of St. Louis, within the Eastern District of Missouri,

**ANTWONE STALLWORTH,**

the Defendant herein, having been previously convicted of one or more crimes punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm which traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

JOHN BIRD, #37802MO
Assistant United States Attorney